UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>RONALD J. HEDGES<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING, JR.<br>FEDERAL BUILDING AND COURTHOUSE<br>50 WALNUT STREET<br>NEWARK, NJ 07101<br>973-645-3827 |

May 25, 2005

LETTER-OPINION AND ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

Leo L. Grigolia, Esq.
60 Court Street, Suite One
Hackensack, New Jersey 07601

Karen A. Confoy, Esq.
Sterns & Weinroth, PC
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607-1298

> **Re: Interscope Records et al. v. Alperovich**
> **Civil Action No. 04-4519 (WJM)**

Dear Counsel:

      There is an issue of fact with regard to proof of service. I will conduct a hearing at 3:00 p.m. on June 7, 2005. You may call witnesses as you deem appropriate.

SO ORDERED.

                                            s/Ronald J. Hedges
                                            RONALD J. HEDGES
                                            UNITED STATES MAGISTRATE JUDGE